**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Delaware**

Case number (*If known*): _____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Shopii Technologies, Inc. | |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 85-1145630 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 210 Delburg Street | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Davidson        NC    28036 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Mecklenburg County | |
| County | Number        Street |
| | |
| | City        State    ZIP Code |

| | | |
|---|---|---|
| 5. **Debtor's website** (URL) | www.groceryshopii.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ | |

Debtor  Shopii Technologies, Inc.
_____     Case number *(if known)*_____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5132____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
>
> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
>
> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
>
> ☐ A plan is being filed with this petition.
>
> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
>
> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
>
> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                                    MM / DD / YYYY

           District _____ When _____ Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____

           District _____ When _____
                                                                  MM  /  DD  / YYYY

           Case number, if known _____

| Debtor | Shopii Technologies, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |

_____

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Shopii Technologies, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2024
　　　　　　　MM / DD / YYYY

✖ _____        Katherine Hotze
Signature of authorized representative of debtor        Printed name

Title  CEO _____

**18. Signature of attorney**

✖ _____        Date  11/22/2024
Signature of attorney for debtor        MM / DD / YYYY

Robert Masten
Printed name
Ceccotti & Masten
Firm name
PO Box 1622
Number        Street
Hockessin        DE        19707
City        State        ZIP Code
3023582044        rmastenlaw@gmail.com
Contact phone        Email address

5033        DE
Bar number        State

---

**Fill in this information to identify the case:**

Debtor name    Shopii Technologies, Inc.

United States Bankruptcy Court for the:   District of Delaware

                                           (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

**Part 1:**    **Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
         Copy line 88 from *Schedule A/B* ....................................................    $ _____0.00

     1b. **Total personal property:**
         Copy line 91A from *Schedule A/B*.....................................................    $ __1,026,500.22

     1c. **Total of all property:**
         Copy line 92 from *Schedule A/B* .....................................................    $ __1,026,500.22

---

**Part 2:**    **Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............    $ _____0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................    $ _____0.00

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................    +$ __2,844,832.44

4. **Total liabilities** .................................................................................................................    $ __2,844,832.44
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _Shopii Technologies, Inc._

United States Bankruptcy Court for the: _District of Delaware_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Morgan Stanley Checking Acct (through UNB Bank)- | Checking | 6   0   3   0 | $ 0.00 |
| 3.2. | Morgan Stanley Checking Acct (through UNB Bank) | Checking | 5   9   4   8 | $ 0.22 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 0.22

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

| Debtor | Shopii Technologies, Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                            $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = .......➔    $_____
face amount                          doubtful or uncollectible accounts

11b. Over 90 days old:      _____  –  _____  = .......➔    $_____
face amount                          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                            $_____

---

Debtor    Shopii Technologies, Inc.
_____
Name

Case number (if known)_____

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

| Debtor | Shopii Technologies, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Electronic office equipment - i.e. computers, tablets, etc | $ 1,500.00 | approximation | $ 1,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Shopii Technologies, Inc.
_____
Name

Case number (if known)_____

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                                   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor    Shopii Technologies, Inc.
_____    Case number (if known)_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Unstructured trademark extension: The Recipe Media Network | $_____ | _____ | 25,000.00 |
| 61. **Internet domain names and websites**<br>See continuation sheet | 0.00<br>$_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Shopii software platform | $_____ | _____ | 1,000,000.00 |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.    $ 1,025,000.00

| Debtor | Shopii Technologies, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜   $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim        _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim        _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Shopii Technologies, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 12:** | **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,025,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,026,500.22 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...............  1,026,500.22  .....................................................................................  $ 1,026,500.22

| Debtor 1 | Shopii Technologies, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**61) Internet domain names and websites**
**General description Net book value Valuation method Current value**
**www. Unknown**
**shopiitechnologies.**
**com**
**www.shopii.tech Unknown**
**www.groceryshopii. Unknown**
**com**

**Fill in this information to identify the case:**

Debtor name __Shopii Technologies, Inc.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number _____

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

_____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account
number _____

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
priority?
　☐ No. Specify each creditor, including this
　　creditor, and its relative priority.

_____

　☐ Yes. The relative priority of creditors is
　　specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

**Fill in this information to identify the case:**

Debtor     Shopii Technologies, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | $_____ |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | | |
| | _____ | | |
| | Last 4 digits of account number _____ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | $_____ |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | | |
| | _____ | | |
| | Last 4 digits of account number _____ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | $_____ |
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | | |
| | _____ | | |
| | Last 4 digits of account number _____ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |

Debtor   Shopii Technologies, Inc.
         Name

Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Adam Kelly
1722 Bristol Ridge NW
Grand Rapids, MI 49544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Convertible Note

**$ 3,270.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 63,192.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
American Express ADR c/o CT Corporation
System
28 Liberty Street
New York, NY 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 13,477.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   1008

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
American Express ADR c/o CT Corporation
System
28 Liberty Street
New York, NY 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 1,492.30**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Anthony Wilson
10155 Zig Zag Road
Blue Ash, OH 45242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Convertible Note

**$ 109,000.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Anthony Wilson
10155 Zig Zag Road
Blue Ash, OH 45242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Convertible Note

**$ 109,000.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Shopii Technologies, Inc.
         _____
         Name

Case number (if known) _____

| Part 2: | Additional Page |

| | Amount of claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

---

**3.** 7  Nonpriority creditor's name and mailing address

App Solutions
Avenida del Pacífico y Avenida Paseo del Mar
Costa del Este
MMG Tower, Piso #23
Ciudad de Panamá, República de Panamá

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 83,341.62

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 8  Nonpriority creditor's name and mailing address

B. Clay Sizemore
931 Blackshear Street
Thomasville, GA 31792

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,700.00

Basis for the claim:  Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 9  Nonpriority creditor's name and mailing address

Bank of America
PO BOX 15796
Wilmington, DE 19886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56,906.40

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  8801

---

**3.** 10  Nonpriority creditor's name and mailing address

Bank of America
PO BOX 15796
Wilmington, DE 19886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,987.63

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  1636

---

**3.** 11  Nonpriority creditor's name and mailing address

Bruce D. Robertson
165 North Quarter
Williamsburg, VA 23185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 54,500.00

Basis for the claim:  Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

Debtor   Shopii Technologies, Inc.
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

BruJon LLC
1490-5a Quarterpath Road, #304
Williamsburg, VA 23185

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 54,500.00

---

**3.13** Nonpriority creditor's name and mailing address

Christopher Daniels
1306 Rachel Lane
Tallahassee, FL 32308

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 27,250.00

---

**3.14** Nonpriority creditor's name and mailing address

Citi
Po Box 71820
Philadelphia, PA 19176

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number   2080

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,759.43

---

**3.15** Nonpriority creditor's name and mailing address

Dagan Xavier
4455 N Springfield Ave
Chicago, IL 60625

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 54,500.00

---

**3.16** Nonpriority creditor's name and mailing address

David Rinker

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Note

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,900.00

---

Debtor  Shopii Technologies, Inc.
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Ed Kuehnle
1410 Pleasure Ave
Ocean City, NJ 08226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 81,750.00

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.18  Nonpriority creditor's name and mailing address**

Eric Kissel
3106 Phoenix avenue
Oldsmar, FL 34677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,250.00

**Basis for the claim:**  Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.19  Nonpriority creditor's name and mailing address**

Fairlake Foods
1570 S. Gordon Cooper Drive
Shawnee, OK 74801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 875.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.20  Nonpriority creditor's name and mailing address**

First Turn Innovations, LLC
11106 Treynorth Dr
Cornelius, NC 28031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,560.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.21  Nonpriority creditor's name and mailing address**

Food Fair Markets, Inc.
3090 Woodville Drive
Huntington, WV 25701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,000.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Debtor    Shopii Technologies, Inc.
          _____
          Name                                                                    Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22** Nonpriority creditor's name and mailing address

Funding Circle USA
PO Box 206536
Dallas, TX 75320

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,528.00

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    1269

---

**3.23** Nonpriority creditor's name and mailing address

George A. Franklin
7 Howell Mill Plantation
Atlanta, GA 30327

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,800.00

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.24** Nonpriority creditor's name and mailing address

Glunt Living Trust
104 Southbridge Way
Ponte Vedra Beach, FL 32082

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,900.00

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.25** Nonpriority creditor's name and mailing address

Huddleston Consulting Services
2603 Cottage Cove Drive
Richmond, VA 23233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,056.25

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.26** Nonpriority creditor's name and mailing address

Ian Shinnick
1721 Reynolds Road
De Leon Springs, FL 32130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,900.00

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | Shopii Technologies, Inc. | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

Intuit
Quickbooks Capital
2700 Coast Avenue
Mountain View, CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 44,367.22

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1148b

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28  Nonpriority creditor's name and mailing address**

James Edwards
1706 Lovers Retreat Lane
Saluda, VA 23149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 59,950.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29  Nonpriority creditor's name and mailing address**

Jay Shaffer
1579 Monroe Drive, #204
Atlanta, GA 30324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 21,800.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30  Nonpriority creditor's name and mailing address**

Jeffrey Rains
208 E Tazewells Way
Williamsburg, VA 23185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 16,350.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31  Nonpriority creditor's name and mailing address**

Jeffrey Smeraglinolo
2794 Hill Road
Vienna, VA 22181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 10,900.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shopii Technologies, Inc.
_____    _____
Name                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Joseph Harrow
5 Deere Circle
Williamsburg, VA 23188

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

$ 54,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.33** Nonpriority creditor's name and mailing address

Joseph Shearin
9772 Jamescrest Drive
Prince George, VA 23860

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

$ 54,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.34** Nonpriority creditor's name and mailing address

Joseph Shearin
9772 Jamescrest Drive
Prince George, VA 23860

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 33,693.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.35** Nonpriority creditor's name and mailing address

Katherine Hotze
725 Naramore Street
Davidson, NC 28036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 250,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.36** Nonpriority creditor's name and mailing address

Katherine Hotze
725 Naramore Street
Davidson, NC 28036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

$ 272,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| | |
|---|---|
| Debtor | Shopii Technologies, Inc. |
| | Name |
| | Case number (if known) _____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 37  **Nonpriority creditor's name and mailing address**

Matthew Johnson/JVP
3365 Piedmont Road NW
Suite 1400
Atlanta, GA 30305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 109,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 38  **Nonpriority creditor's name and mailing address**

MC Douglass Holdings, LLC
37 Lionspaw Grand
Daytona Beach, FL 32124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 10,900.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 39  **Nonpriority creditor's name and mailing address**

Michael E. Bitter
1495 Robinwood Drive
Deland, FL 32720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 10,900.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 40  **Nonpriority creditor's name and mailing address**

Mr. Lizhou Hong
6200 151st Avenue SE
Bellevue, WA 98006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 10,900.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 41  **Nonpriority creditor's name and mailing address**

New Vision Trust CFBO Leslie Vander Baan IRA
1
Amanda Barnes, Complaince Officer,
135 Broad Street
Asheville, NC 28801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 27,250.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Shopii Technologies, Inc. | |
|--------|---------------------------|---|
| | Name | Case number *(if known)* |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42**    **Nonpriority creditor's name and mailing address**

New Vision Trust CFBO Leslie Vander Baan IRA
2
Amanda Barnes, Complaince Officer,
135 Broad Street
Asheville, NC 28801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**$ 27,250.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.43**    **Nonpriority creditor's name and mailing address**

Robert Cramer
2613 Arlene Way, NE
Atlanta, GA 30305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**$ 27,250.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.44**    **Nonpriority creditor's name and mailing address**

Rosauers Supermarkets
Attn: Kathy Hansen
P.O. Box 9000
Spokane, WA 99209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 5,382.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.45**    **Nonpriority creditor's name and mailing address**

Samuel K. Wallace Jr.
108 Crocker Place
Williamsburg, VA 23185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**$ 54,500.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.46**    **Nonpriority creditor's name and mailing address**

Shannon Scott
2127 1st Avenue North
Birmingham, AL 35235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 62,856.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| Debtor | Shopii Technologies, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

Sqream Technologies
691 South Milpitas Boulevard Suite 212
Milpitas, CA 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,912.30

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.48** **Nonpriority creditor's name and mailing address**

Track Capital/Shannon Scott
2127 1st Avenue North
Birmingham, AL 35235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 545,000.00

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.49** **Nonpriority creditor's name and mailing address**

US Bank
P.O. Box 790179
Saint Louis, MO 63179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,726.29

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 2004

---

**3.50** **Nonpriority creditor's name and mailing address**

Ward Broom
2828 Paces Lookout Lane SE
Atlanta, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,900.00

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.51** **Nonpriority creditor's name and mailing address**

William A Andrews
237 Crooked Tree Trail
Deland, FL 32724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,900.00

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Shopii Technologies, Inc.
Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 52  Nonpriority creditor's name and mailing address

William Hudgins
215 Waterton
Williamsburg, VA 23188

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 54,500.00

---

**3.** 53  Nonpriority creditor's name and mailing address

William J. Barnes
120 N Turnberry
Williamsburg, VA 23188

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 54,500.00

---

**3.** 54  Nonpriority creditor's name and mailing address

Wright Jones
3107 Peachtree Rd, Unit 1904
Atlanta, GA 30305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 27,250.00

---

**3.** ____  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

---

**3.** ____  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ _____

---

Debtor    Shopii Technologies Inc.
          Name                                                      Case number (if known)

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,844,832.44 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,844,832.44 |

**Fill in this information to identify the case:**

Debtor name __Shopii Technologies, Inc.__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known): _____    Chapter __7__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

■ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Shopii Technologies, Inc._____

United States Bankruptcy Court for the: ___District of Delaware_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Shopii Technologies, Inc.___

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 103,655.00 |
| **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 55,882.50 |
| **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 40,200.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | | $ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ |

Debtor    Shopii Technologies, Inc.
_____    Case number (if known)_____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | First Turn Innovations, LLC <br> Creditor's name <br> 11106 Treynorth Dr <br> Cornelius, NC 28031 | 11/01/2024 | $ 11,430.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| 3.2. | App Solutions <br> Creditor's name <br> Avenida del Pacífico y Avenida Paseo del Mar Costa del Este <br> MMG Tower, Piso #23 <br> Ciudad de Panamá, República de Panamá, | 9/9/2024 <br> 10/31/2024 | $ 16,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ _____ _____ | $_____ | |
| 4.2. | _____ <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ _____ _____ | $_____ | |

| Debtor | Shopii Technologies, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |

Debtor    Shopii Technologies, Inc.
_____
Name

Case number (if known)_____

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor   Shopii Technologies, Inc.
_____   Case number (if known)_____
         Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ceccotti & Masten | Attorney fees | | $ 11,662.00 |
| | **Address** | | _____ | |
| | 2055 Limestone Road, Ste 200-H Wilmington, DE 19808 | | | |
| | **Email or website address** rmastenlaw@gmail.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 5

| Debtor | Shopii Technologies, Inc. | Case number (if known) |
|--------|---------------------------|------------------------|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Sean Bellew, Esq | $25,000 cash and 137,356 shares of common stock | 07/13/2023 | $ 25,000.00 |

**Address**
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, DE 19808

**Relationship to debtor**
Opposing counsel in lawsuit

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | Louise Prichard | 549,524 Shares of Common Stock; Settlement of lawsuit | 07/13/2023 | $ Unknown |

**Address**
2200 Willow Ave
Atlanta, GA 30305

**Relationship to debtor**
Shareholder

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 209 Delburg Street Suite 106 Davidson, NC 28036 | From | 10/2020 | To | 2/2023 |
| 14.2. | | From | | To | |

Debtor    Shopii Technologies, Inc.
_____        Case number (if known)_____
Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Shopii Technologies, Inc.
_____    Case number *(if known)*_____
Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>**Address** | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>**Address** | | | ☐ No<br>☐ Yes |

---

Debtor    Shopii Technologies, Inc.
_____    Case number *(if known)*_____
          Name

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ <br> Name | | | $_____ |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____ <br> Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

Debtor  Shopii Technologies, Inc.
        _____
        Name

Case number (*if known*)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

| Debtor | Shopii Technologies, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Robert Taylor<br>Name<br>Potter & Assoc., 106 Welton Way, Mooresville, NC 28117 | From 05/01/2020<br>To 11/21/2024 |
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Jennifer Huddleston - CFO<br>Name<br>2603 Cottage Cove Drive, Henrico, VA 23233 | From _____<br>To _____ |
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Robert Taylor<br>Name<br>Potter & Assoc., 106 Welton Way, Mooresville, NC 28117 | |

---

Debtor    Shopii Technologies, Inc.
          _____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ | |
| Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |

| Name and address |
|---|
| 26c.2. _____ |
| Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |

| Debtor | Shopii Technologies, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2. | | |
| | Name | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katherine Hotze | 725 Naramore Street, Davidson, NC 28036 | Director, CEO and Controlling Shareholder | 59.93 |
| Jennifer Huddleston | 2603 Cottage Cove Drive, Richmond, VA 23233 | Chief Financial Officer and Shareholder | .86 |
| Jessica Bentley | 9311 Rosalyn Glen Road, Cornelius, NC 28031 | Shareholder | .43 |
| Unicorn Hunters | Unicorns, Inc. c/o Unicoin Inc. 300 Delaware Ave, suite 210, Wilmington, DE 19801 | Shareholder | 4.07 |
| Jolene Sarkis | 171 Dunbar Rd, Palm Beach, FL 33480 | Shareholder | .09 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Katherine Hotze - 2024 W2 Salary | 105,269.16 | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| | | | |

Debtor    Shopii Technologies, Inc.
_____    Case number (if known)_____
Name

| | |
|---|---|
| **Name and address of recipient** | 44,999.99 |
| 30.2    Michael Johnson - 2024 W2 Salary | |
| Name | |
| **Relationship to debtor** | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/22/2024
              MM  / DD  / YYYY

✘ _____    Printed name  Katherine Hotze
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Debtor Name    Shopii Technologies, Inc.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**
Intuit, Quickbooks $34,032.84
Capital 2700 Coast
Avenue, Mountain View,
CA 94043

**28) Additional people in control of the debtor at the time of the filing of this case**
Joseph Shearin 9772 Jamescrest Drive, .62
 Hopewell, VA 23860
Joe Harrow 5 Deere Cir, .68
 Williamsburg, VA 23188
Alexander Konanykhin 119 Vue Ct, Incline .07
 Village, NV 89451
Richard Andrew Edwards 1536 Lovers Retreat Ln, .07
 Saluda, VA 23149
Richard A. Edwards 1537 Lovers Retreat Ln, .18
 Saluda, VA 23149
James Edwards 1538 Lovers Retreat Ln, .36
 Saluda, VA 23149
Sid Amasya 15819 Bayshore Drive, .03
 Huntersville, NC 28078
Louise Pritchard 2200 Willow Ave, Atlanta, 9.41
 GA 30305
Brian Berlin KAB Advisors, LLC 1806 .49
 Central Road, Glenview,
 IL 60025
Michael Johnson 730 Pine Forest Road, 12.84
 Charlotte, NC 28214
Marsha McGraw 115 Auden Dr, Defiance, .82
 MO 63341
Dagan Xavier 4455 N Springfield Ave, .1
 Chicago, IL 60625
Billy Barnes 120 N Turnberry, .67
 Williamsburg, VA 23188
Joseph Davis 10655 Sundial Rim Rd, .21
 Littleton, CO 80126
Samuel Kneeland Wallace 108 Crocker Pl, .68
Jr. Williamsburg, VA 23185
James Marshall Edwards P.O.Box 1111, Saluda, VA .03
 23149

Debtor Name    Shopii Technologies, Inc.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

Marsha McGraw 115 Auden Drive, .07
 Defiance, MO 63341
Damian Dimitrov Simeonov 1320 Bankya, Bulgaria, .03
Richard A. Edwards 1536 Lovers Retreat Ln, .11
 Saluda, VA 23149
Adam Kelly 1722 Bristol Ridge Dr, .03
 Grand Rapids, MI 49544
Larry S. Shores Jr. 375 Waverly Rd, Urbanna, .34
 VA 23175
Jeffrey Dylan Samit 525 S Church St, .03
 Charlotte, NC 28202
Jayme Janske Beck 7403 Quilbray Drive, .1
 Huntersville, NC 28078
Peter Whitsett 1620 Meandering Way Dr, .1
 Roanoke, TX 76262
Joseph Davis 10654 Sundial Rim Rd, .86
 Littleton, CO 80126
James R Edwards 1539 Lovers Retreat Ln, .21
 Saluda, VA 23149
DMONEY, inc. 2209 Canyon Drive, Los .03
 Angeles, CA 90068
Andy Murray 4967 Clear Creek Blvd, .1
 Fayetteville, AR 72704
A4 consultoria Av. Brg. Faria Lima, .04
empresarial ltda. 2391 11 andar Jardim
 Paulistano, São Paulo –
 SP, 01452-000, Brasil,
Christine Nicodemus 229 N Church St, .17
 Charlotte, NC 28202
Joseph C. Jones PO Box 83, Wake, VA 23176 .34
Lance S Shores 42 Waterford Dr, Urbanna, .34
 VA 23175
Ed Kuehnle 1410 Pleasure Ave, Ocean .82
 City, NJ 08226
Sean Bellew Bellew LLC 2961 2.35
 Centerville Road, Suite
 302, Wilmington, DE 19808
James Edwards 1706 lover retreat ln, 1.13
 Saluda, VA 23149
William James Roth 1619 Harbor Road, .06
 Williamsburg, VA 23185

Debtor Name    Shopii Technologies, Inc.                                    Case number *(if known)*_____

## **Continuation Sheet for Official Form 207**

**Rosa Gumataotao Rios 147 Birchbark Pl, .03**
 **Danville, CA 94506**
**Sid Amasya 15819 Bayshore Drive, .05**
 **Huntersville, NC 28078**

United States Bankruptcy Court

District of Delaware

In re: Shopii Technologies, Inc.                                    Case No.

                                                                   Chapter    7

                        Debtor(s)


**Verification of Creditor Matrix**


        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.


Date:        11/22/2024
        _____              _____
                                      Signature of Individual signing on behalf of debtor


                                      _____
                                      Position or relationship to debtor

Adam Kelly
1722 Bristol Ridge NW
Grand Rapids, MI 49544

Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309

American Express ADR c/o CT Corporation Syste
28 Liberty Street
New York, NY 10005

Anthony Wilson
10155 Zig Zag Road
Blue Ash, OH 45242

App Solutions
Avenida del Pacífico y Avenida Paseo del
MMG Tower, Piso #23
Ciudad de Panamá, República de Panamá,

B. Clay Sizemore
931 Blackshear Street
Thomasville, GA 31792

Bank of America
PO BOX 15796
Wilmington, DE 19886

Bruce D. Robertson
165 North Quarter
Williamsburg, VA 23185

BruJon LLC
1490-5a Quarterpath Road, #304
Williamsburg, VA 23185

Christopher Daniels
1306 Rachel Lane
Tallahassee, FL 32308

Citi
Po Box 71820
Philadelphia, PA 19176

Dagan Xavier
4455 N Springfield Ave
Chicago, IL 60625

David Rinker

Ed Kuehnle
1410 Pleasure Ave
Ocean City, NJ 08226

Eric Kissel
3106 Phoenix avenue
Oldsmar, FL 34677

Fairlake Foods
1570 S. Gordon Cooper Drive
Shawnee, OK 74801

First Turn Innovations, LLC
11106 Treynorth Dr
Cornelius, NC 28031

Food Fair Markets, Inc.
3090 Woodville Drive
Huntington, WV 25701

Funding Circle USA
PO Box 206536
Dallas, TX 75320

George A. Franklin
7 Howell Mill Plantation
Atlanta, GA 30327

Glunt Living Trust
104 Southbridge Way
Ponte Vedra Beach, FL 32082

Huddleston Consulting Services
2603 Cottage Cove Drive
Richmond, VA 23233

Ian Shinnick
1721 Reynolds Road
De Leon Springs, FL 32130

Intuit
Quickbooks Capital
2700 Coast Avenue
Mountain View, CA 94043

James Edwards
1706 Lovers Retreat Lane
Saluda, VA 23149

Jay Shaffer
1579 Monroe Drive, #204
Atlanta, GA 30324

Jeffrey Rains
208 E Tazewells Way
Williamsburg, VA 23185

Jeffrey Smeraglinolo
2794 Hill Road
Vienna, VA 22181

Joseph Harrow
5 Deere Circle
Williamsburg, VA 23188

Joseph Shearin
9772 Jamescrest Drive
Prince George, VA 23860

Katherine Hotze
725 Naramore Street
Davidson, NC 28036

Matthew Johnson/JVP
3365 Piedmont Road NW
Suite 1400
Atlanta, GA 30305

MC Douglass Holdings, LLC
37 Lionspaw Grand
Daytona Beach, FL 32124

Michael E. Bitter
1495 Robinwood Drive
Deland, FL 32720

Mr. Lizhou Hong
6200 151st Avenue SE
Bellevue, WA 98006

New Vision Trust CFBO Leslie Vander Baan IRA
Amanda Barnes, Complaince Officer,
135 Broad Street
Asheville, NC 28801

New Vision Trust CFBO Leslie Vander Baan IRA
Amanda Barnes, Complaince Officer,
135 Broad Street
Asheville, NC 28801

Robert Cramer
2613 Arlene Way, NE
Atlanta, GA 30305

Rosauers Supermarkets
Attn: Kathy Hansen
P.O. Box 9000
Spokane, WA 99209

Samuel K. Wallace Jr.
108 Crocker Place
Williamsburg, VA 23185

Shannon Scott
2127 1st Avenue North
Birmingham, AL 35235

Sqream Technologies
691 South Milpitas Boulevard Suite 212
Milpitas, CA 95035

Track Capital/Shannon Scott
2127 1st Avenue North
Birmingham, AL 35235

US Bank
P.O. Box 790179
Saint Louis, MO 63179

Ward Broom
2828 Paces Lookout Lane SE
Atlanta, GA 30339

William A Andrews
237 Crooked Tree Trail
Deland, FL 32724

William Hudgins
215 Waterton
Williamsburg, VA 23188

William J. Barnes
120 N Turnberry
Williamsburg, VA 23188

Wright Jones
3107 Peachtree Rd, Unit 1904
Atlanta, GA 30305

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court

District of Delaware

**In re** Shopii Technologies, Inc.

Case No. _____

**Debtor**

Chapter <u>7</u>_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 11,662.00_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 11,662.00_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

☐ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/22/2024

*Date*

*Signature of Attorney*

Ceccotti & Masten

*Name of law firm*

PO Box 1622
Hockessin, DE 19707