# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

# OF

# SHOPII TECHNOLOGIES, INC.

The undersigned, being the directors of Shopii Technologies, Inc. (the "Company"), do hereby consent to and adopt the following resolutions as the action of the Board of Directors of the Company (the "Board"):

Approval and Authorization of Filings Under Chapter 7 of the U.S. Bankruptcy Code

**WHEREAS,** the Board has determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that management of the Company is authorized to file a petition for relief under Chapter 7 of the U.S. Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that Katherine Hotze, Executive Officer of the Company, is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that Katherine Hotze, Executive Officer of the Company, is authorized to retain on behalf of the Company Ceccotti & Masten as bankruptcy counsel upon such terms and conditions as she shall approve, to render legal services to and to represent, the Company in connection with such Chapter 7 proceedings and other related matters in connection therewith;

General Authority

**RESOLVED,** that any and all actions heretofore taken by Katherine Hotze, Executive Officer of the Company, in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

**FURTHER RESOLVED,** that Katherine Hotze, Executive Officer of the Company, is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

IN WITNESS THEREOF, this unanimous written consent has been executed by the undersigned members of the Board of the Company effective as of the  11  day of  November , 2024.

_____
Joseph Davis

_____
Joseph Shearin

_____
Jayme Janske

_____
Dagan Xavier

_____
Marsha McGraw

_____
Katherine Hotze